IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NEIL LENWOOD LANNING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 2:10-cv-153-ID |
| v. | ) | (WO) |
| | ) | |
| J.A. Keller, | ) | |
| | ) | |
| Respondent. | ) | |

## **O R D E R**

Before the court are the Recommendation of the Magistrate Judge (Doc. #14) and Petitioner's Objection to the Recommendation of the Magistrate Judge. (Doc. #15). Having conducted a *de novo* review of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Petitioner's Objection to the Recommendation of the Magistrate (Doc. #15), be and the same is hereby OVERRULED.

2. The Recommendation of the Magistrate Judge (Doc. #14) be and the same is hereby ADOPTED, APPROVED, and AFFIRMED.

3. Petitioner's 28 U.S.C. § 2241 petition for habeas corpus relief (Doc. #1) be and same is hereby DISMISSED without prejudice because of Lanning's failure to exhaust administrative remedies in accordance with the procedures established by the Bureau of Prisons.

DONE this the 10th day of August, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE